# Court of Appeals
# of the State of Georgia

ATLANTA, __November 16, 2023__

*The Court of Appeals hereby passes the following order:*

**A24A0538. JAKERRIA WILBURN et al v. KANYA WHITE.**

Following an automobile accident, Plaintiffs Jakerria Wilburn and Tarius Roberts filed a complaint against Kanya White. After the parties failed to file a consolidated pre-trial order as directed by the trial court, the trial court dismissed the action on July 31, 2023. Plaintiffs then filed a motion for reconsideration, which the trial court denied on September 12, 2023. On October 12, 2023, Plaintiffs filed a notice of appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of an appealable order. OCGA § 5-6-38 (a). The denial of a motion for reconsideration is not appealable in its own right, see *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000), and the filing of such a motion does not extend the time for filing a notice of appeal. See *Cheeley-Towns v. Rapid Group*, 212 Ga. App. 183, 183 (1) (441 SE2d 452) (1994). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997). Here, Plaintiffs filed their notice of appeal 73 days after the trial court's order dismissing the case, and their subsequent

request for reconsideration of that ruling did not extend the time for filing an appeal.

Accordingly, this appeal is untimely and is hereby DISMISSED.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,____11/16/2023_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.